WILLIAM GINGERESKY, Plaintiff, v. GIFFORD-WOOD COMPANY et al., Defendants. GENERAL ERECTORS, INC., Third-Party Plaintiff-Appellant, v. BEHR-MANNING COMPANY, Third-Party Defendant-Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.